UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
July 01, 2008
JUL 0 1 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 522 |
| | ) | |
| v. | ) | Honorable Susan E. Cox |
| | ) | |
| BENJAMIN GONZALEZ | ) | **UNDER SEAL** |

MOTION TO SEAL CRIMINAL COMPLAINT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the criminal complaint and affidavit in the above-captioned case. In support of this motion, the government states as follows:

1. The criminal complaint in this case charges the defendant with the offense of knowingly and intentionally possessing with intent to distribute a controlled substance, namely, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The U.S. Drug Enforcement Administration ("DEA") has gathered evidence and information in the case that has lead to additional investigations and, possibly, additional defendants.

2. If the filing of the criminal complaint became a matter of public record at this time the investigation and prosecution of other individuals associated with the defendant may be jeopardized.

3. This Court has authority to seal these materials under appropriate circumstances. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978); *In Re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256 (9th Cir. 1979); *In Re September 1971 Grand Jury*, 454 F.2d 580

(7th Cir. 1971), *rev'd on other grounds; United States v. Webbe*, 791 F.2d 103, 106 (8th Cir. 1986).

WHEREFORE, the United States respectfully requests this Court to enter an order placing the criminal complaint and affidavit in the above-captioned case under seal for 30 days, until July 31, 2008, or until further order of this Court.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   *[signature]*
        SAMUEL B. COLE
        Assistant United States Attorney
        219 S. Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        Phone: (312) 353-4258
        Fax: (312) 353-4322

Date: July 1, 2008