## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 522-1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | United States of America vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT**

Government's motion to seal criminal complaint and affidavit until 7/31/08, or until further order of this Court is granted. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|