UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08cr522 |
| | ) | |
| v. | ) | Honorable Susan E. Cox |
| | ) | |
| BENJAMIN GONZALEZ | ) | **UNDER SEAL** |

### ORDER

This matter having come before the Court on the motion of the government to place the criminal complaint and affidavit in the above-captioned case under seal,

IT IS HEREBY ORDERED that the criminal complaint and affidavit in the above-captioned case be placed under seal for 30 days, until July 31, 2008, or until further order of this Court.

ENTER:

Dated: 7-1-08 at 3:55 PM

SUSAN E. COX
United States Magistrate Judge