# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 08 CR 522-1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | United States of America vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant surrendered on 7/1/08. Pablo F. DeCastro is given leave to file his appearance as retained counsel for defendant. Defendant informed of his rights. Order defendant detained as a risk of flight pending preliminary examination and detention hearing set for 7/3/08 at 1:30 p.m.

Docketing to mail notices.

00:20

U.S. DISTRICT COURT
CLERK
2008 JUL -2 PM 4:47
FILED-ED

| | |
|---|---|
| Courtroom Deputy Initials: | VKD |