# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 522 - 1 | **DATE** | 7/3/2008 |
| **CASE TITLE** | USA vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination and detention hearing.   Bond hearing held.  Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:30

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|