# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 522 - 1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT**

Preliminary examination set for 7/10/08 at 3:00 p.m.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|