# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 522 - 1 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to unseal the complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|