## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 522 - 1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|