

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
08-26-08
AUG 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | No. 08 CR 522 |
|---|---|---|
| | ) | |
| v. | ) | Violations: Title 21, United States Code |
| | ) | Section 841(a)(1). |
| BENJAMIN GONZALEZ | ) | |

**JUDGE KENDALL**

**MAGISTRATE JUDGE COX**

<u>**COUNT ONE**</u>

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about June 25, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BENJAMIN GONZALEZ,

defendant herein, did knowingly and intentionally distribute approximately 63.2 grams of a substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

1

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about June 26, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BENJAMIN GONZALEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance,

In violation of Title 21, United States Code, Section 841(a)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The allegations of Counts One and Two of this Indictment are realleged and fully incorporated herein for the purpose of alleging forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts One and Two of this Indictment,

BENJAMIN GONZALEZ,

defendant herein, has subjected to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), the following property and interests:

   i. All property constituting or derived from the proceeds the defendant obtained, directly or indirectly, as a result of his violations of Title 21, United States Code, Section 841(a)(1), as charged in this indictment; and

   ii. All property used or intended to be used in any manner or part to commit or facilitate the commission of the defendant's violations of Title 21, United States Code, Section 841(a)(1), as charged in this indictment.

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, include, but are not limited to, funds in the amount of approximately $6,000.

4. If any of the property and funds subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant:

   i. Cannot be located upon the exercise of due diligence;

   ii. Has been transferred or sold to, or deposited with, a third person;

      iii.      Has been placed beyond the jurisdiction of the Court;

      iv.      Has been substantially diminished in value; or

      v.      Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY