**F I L E D**

08-26-08

AUG 2 6 2008

003    **08CR    522**

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS** MAGISTRATE JUDGE COX

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS** JUDGE KENDALL

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
If the answer is "Yes", list the case number and title of the earliest filed complaint:
**08 CR 522  United States v. Benjamin Gonzalez** ,  COX

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**
If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO**
If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  **NO**

6) What level of offense is this indictment or information?  **FELONY**

7) Does this indictment or information involve eight or more defendants?   **NO**

8) Does this indictment or information include a conspiracy count?   **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
**DAPCA Narcotics  (III)**

10) List the statute of each of the offenses charged in the indictment or information.

    21 U.S.C. § 841(a)(1)

Samuel B. Cole
by Steve Thachiker

Samuel B. Cole
Assistant United States Attorney