Minute Order Form (06/97)

United States District Court, Northern District of Illinois

08 GJ 923

MAGISTRATE JUDGE COX

| Name of Assigned Judge or Magistrate Judge | JUDGE KENDALL | Sitting Judge if Other than Assigned Judge | Magistrate Judge Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 522 | DATE | August 26, 2008 |
| CASE TITLE | US v. BENJAMIN GONZALEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge *Nan R. Nolan*

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.

FILED
08-26-08
AUG 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |