UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. **08 CR 522** |
| v. | ) | |
| Benjamin Gonzalez | ) | Judge Virginia Kendall |
| | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: /s/ ANTHONY P. GARCIA
 Benjamin F. Langner
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 469-6151

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

## ATTORNEY DESIGNATION

was, on **August 27, 2008**, served pursuant to the district court's ECF system as to ECF filers, if any, and a copy thereof was sent by First Class Mail to the individual identified below:

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    /s/ Anthony P. Garcia
        **ANTHONY P. GARCIA**
        Assistant United States Attorney
        219 S. Dearborn Street, Suite 500
        Chicago, IL  60604
        (312) 469-6151