# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 522 | **DATE** | September 3, 2008 |
| **CASE TITLE** | USA vs. Benjamin Gonzalez | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by September 10, 2008. Pretrial motions and supporting memoranda are to be filed by September 19, 2008. Responses are to be filed by September 29, 2008. Replies are due October 6, 2008. Status hearing is set for September 18, 2008 at 1:30 pm. Bond to stand. Defendant not objecting , enter excludable delay for the period of 9/3/2008 through 9/18/2008 pursuant to 18 U.S.C. §3161(h)(1). X-E and §3161(h)(8)(B)(iv). X-T-4

No notices required, advised in open court.

:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|